IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FELICIANO LOPEZ-LOPEZ, ) <br> ) <br> Defendant. ) | Case No. 4:10CR3047 <br><br> **ORDER** |

THIS MATTER comes before the Court on defendant's Motion to Withdraw, filing #17. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that Assistant Federal Public Defender Michael J. Hansen and the Federal Public Defender's office shall be permitted to withdraw as counsel of record for Mr. Lopez-Lopez. On May 20, 2010, Horacio J. Wheelock entered his appearance in filing 16. **The Clerk is directed to remove Mr. Hansen from all future ECF notifications in this case.**

Dated this 20th day of May, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
The Honorable Cheryl R. Zwart
United States Magistrate Judge